# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

137726 & (50)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CREDIGY RECEIVABLES, INC.,
       Plaintiff-Appellee,

v

       SC: 137726
       COA: 280027
       Oakland CC: 2007-008597-AV

ROBERT F. TOWNSLEY,
       Defendant-Appellant.

_____/

       On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the October 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

s0217